```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                                                              FILED
              UNITED STATES DISTRICT COURT
                       FOR THE                         2025 MAY 13  AM 8:35
                 DISTRICT OF VERMONT
                                                              CLERK
                                                        BY_____
                                                           DEPUTY CLERK
```

| | |
|---|---|
| LICINEA RODRIGUES-BARROS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-496 |
| ) | |
| DONALD J. TRUMP, IN HIS OFFICIAL ) | |
| CAPACITY AS PRESIDENT OF THE ) | |
| UNITED STATES; PATRICIA HYDE, IN ) | |
| HER OFFICIAL CAPACITY AS ACTING ) | |
| BOSTON FIELD OFFICE DIRECTOR, ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ENFORCEMENT AND ) | |
| REMOVAL OPERATIONS; VERMONT ) | |
| SUB-OFFICE DIRECTOR OF ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ENFORCEMENT AND ) | |
| REMOVAL OPERATIONS; TODD M. ) | |
| LYONS, IN HIS OFFICIAL CAPACITY ) | |
| AS ACTING DIRECTOR, U.S. ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT; KRISTI NOEM, IN ) | |
| HER OFFICIAL CAPACITY AS ) | |
| SECRETARY OF THE UNITED STATES ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY; MARCO A. RUBIO, IN HIS ) | |
| OFFICIAL CAPACITY AS SECRETARY ) | |
| OF STATE; AND PAMELA BONDI, IN ) | |
| HER OFFICIAL CAPACITY AS U.S. ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| Respondents. ) | |

## ORDER

In order to preserve this Court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, Lincenia Rodrigues-Barros, not be removed from the

United States or moved out of the territory of the District of Vermont pending further order of this Court.

Dated at Burlington, in the District of Vermont, this 13th day of May, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court