UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LICINEA RODRIGUES-BARROS, )<br> )<br>Petitioner, )<br> )<br>v. )<br> )<br>DONALD J. TRUMP, in his official )<br>capacity as President of the United States; )<br>PATRICIA HYDE, in her official capacity )<br>as Acting Boston Field Office Director, )<br>Immigration and Customs Enforcement, )<br>Enforcement and Removal Operations; )<br>VERMONT SUB-OFFICE DIRECTOR OF )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, ENFORCEMENT AND )<br>REMOVAL OPERATIONS; TODD M. )<br>LYONS, in his official capacity as Acting )<br>Director, U.S. Immigration and Customs )<br>Enforcement; KRISTI NOEM, in her )<br>official capacity as Secretary of the United )<br>States Department of Homeland Security; )<br>MARCO A. RUBIO, in his official capacity )<br>as Secretary of State; and PAMELA )<br>BONDI, in her official capacity as United )<br>States Attorney General, )<br> )<br>Respondents. ) | Case No. 2:25-cv-496 |

**TEMPORARY RESTRAINING ORDER**

On May 20, 2025, the court held a status conference in this habeas petition case. Petitioner Licinea Rodrigues-Barros is held at the Chittenden Community Correctional Center in Burlington, Vermont.

The court ORDERS that Ms. Rodrigues-Barros shall remain in Vermont at this time for a period of up to 90 days or until a final order issues, whichever is sooner. The purpose of this order is to maintain jurisdiction over the habeas case and to keep the petitioner available to

participate in hearings and to maintain contact with her attorneys. This order is a temporary restraining order and is limited in duration to the time needed to address the issues both parties have raised.

The parties agreed that the next step will be a *Mapp* motion seeking Ms. Rodrigues-Barros' release while the case is pending. Petitioner intends to file tomorrow; Respondents will respond by June 2, 2025. The court will set a hearing after June 2.

Dated at Burlington, in the District of Vermont, this 20th day of May, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court